## DACUS *v.* THE STATE.

HILL, J. This case is controlled by the principle this day decided by this court in *Jones* v. *Hicks*, ante.

*Judgment affirmed. All the Justices concur.*

No. 2210.    NOVEMBER 11, 1920.

Accusation of possessing intoxicating liquor. Before Judge Wheeler. City court of Hall county. August 16, 1920.

*C. N. Davie, Luther Roberts, R. P. Gaillard Jr.,* and *Boyd Sloan,* for plaintiff in error.

*E. D. Kenyon, solicitor,* and *H. H. Perry,* contra.